AO 233
(REV 8/93)

07-011-M-01

# United States District Court

FOR THE

24S 04 MARYLAND

01-610M

UNITED STATES OF AMERICA

VS.

RIGGINS, WAYNE P

#117

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P075168, MY90 | 01/23/01 |

FTA - 4/23/01

**FILED**

JAN 1 6 2007

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE: OPERATE AFTER SUSPEN...

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

DIST. COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ _____ may be Forfeited in Lieu of Appearance.

Date ___4-23-01___

_Thomas M. Diguel_
United States Magistrate Judge

---

## RETURN

| | Date | Location |
|---|---|---|
| **RECEIVED** | 1-16-07 | |

### EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date | Location |
|---|---|---|
| | | |

Name __DAVID BALDWIN__ Title __SDUSM__ District _____

Date __1-16-07__ Signature __David Baldwin__

AO 298
(REV. 8/93)

245                    04 MARYLAND

# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

**07 - 0 1 1 - M - 01**

01- 610M

**UNITED STATES OF AMERICA**

VS.

RIGGINS, WAYNE P

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P075168    MY90 | 01/23/01 |

FTA M23/01

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Defendant._

OFFENSE:  OPERATE  A STOLEN VEHICLE

## •  NOTICE BEFORE ARREST  •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

PLEASE BE SURE TO INCLUDE YOUR VIOLA-
TION NOTICE NUMBER, DATE ISSUED AND
REFERENCE TO PERSON FINE IS BEING PAID
FOR IF OTHER THAN PAYER ON ALL CHECKS
OR MONEY ORDERS.

Sincerely,

UNITED STATES MARSHAL

BY: _____

DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE: _____
PHONE: _____

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY