AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Maryland-Greenbelt_

UNITED STATES OF AMERICA
V.
_Wayne Riggins_

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _07-011_

The defendant is charged with a violation of _P075168_ U.S.C. _MY90_ alleged to have been committed in the _Greenbelt_ District of _Maryland_

Brief Description of Charge(s):

_Traffic Violation_
_operating after suspension_

FILED
JAN 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_1/16/07_
Date

_[signature]_
Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |