**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 1/16/07

FILED _____ ENTERE[?]
_____ RECEIV[?]

JAN 2 2 2007

DISTRICT COURT
DISTRICT OF MARYLAND ___ DEPU[?]

Nancy Mayer-Whittington
Clerk of the Court
Address of Other Court: United States District Court
6500 Cherrywood Lane
Ste 200
Greenbelt, Md. 20770

**FILED**

RE: 07MG11 WAYNE P. RIGGINS

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet                         Warrant of Removal

X   Warrant/Viol Notice                  Order of Removal

    Minute Order Appointing Counsel   X  Detention Order

    Corporate Surety Bond             X  Waiver of Removal

    Personal Surety Bond

X   Other-Blotter dated 1/16/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk